☑ Original ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>Information associated with the cellular telephone assigned call<br>numbers: 414-202-2342 (the "Target Cell Phone"), that are stored<br>at premises controlled by T-Mobile USA ("the Service Provider"), a<br>company headquartered at 4 Sylvan Way Parsippany, NJ 07054 | )<br>)<br>)  Case No. 22-910M(NJ)<br>)<br>)<br>) |

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:      Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the _____ District of _____
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B

**YOU ARE COMMANDED** to execute this warrant on or before _____ June 7, 2022 _____ *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.  ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____ Honorable Nancy Joseph _____ .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C.
§ 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*  ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued:  05/24/2022 11:24 am _____          *(signature)*
                                                                                          *Judge's signature*

City and state:  Milwaukee, Wisconsin _____          Honorable Nancy Joseph, United States Magistrate Judge
                                                                                          *Printed name and title*

**Return**

| Case No.: 22-910M(NJ) | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|

Inventory made in the presence of :

Inventory of the property taken and name(s) of any person(s) seized:

**Certification**

       I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____

_____
*Executing officer's signature*

_____
*Printed name and title*

## ATTACHMENT A

### Property to Be Searched

This warrant applies to records and information associated with the cellular telephone assigned call numbers: 414-202-2342 (the "Target Cell Phone"), that are stored at premises controlled by T-Mobile USA ("the Service Provider"), a company headquartered at 4 Sylvan Way Parsippany, NJ 07054.

**ATTACHMENT B**

**Particular Things to be Seized**

**I.      Information To Be Disclosed by the Provider**

For the time period from December 1, 2021 to Present, the Provider is required to disclose the following records and other information, if available, to the United States for the Account listed in Attachment A:

       **A.      Subscriber Information and Call Detail Records:**  The following information about the customers or subscribers of the Account listed Attachment A:

           1.      Subscriber/customer names (including usernames and screen names);

           2.      Subscriber/customer addresses (including mailing addresses, residential addresses, business addresses, and e-mail addresses);

           3.      Local and long-distance call detail and tolls records for the Account;

           4.      Records of session times and durations, and the temporarily assigned network addresses (such as Internet Protocol ("IP") addresses) associated with those sessions;

           5.      Length of service (including start date) and types of service utilized;

           6.      Telephone or instrument numbers (including MAC addresses, Electronic Serial Numbers ("ESN"), Mobile Electronic Identity Numbers ("MEIN"), Mobile Equipment Identifier ("MEID"), Mobile Identification Numbers ("MIN"), Subscriber Identity Modules ("SIM"), Mobile Subscriber Integrated Services Digital Network Number ("MSISDN"), International Mobile Subscriber Identifiers ("IMSI"), or International Mobile Equipment Identities ("IMEI"));

Case 2:22-mj-00910-NJ      Filed 05/24/22      Page 4 of 47      Document 1

7.      Other subscriber numbers or identities (including the registration Internet Protocol ("IP") address); and

8.      Means and source of payment for such service (including any credit card or bank account number) and billing records.

B.      **Cell-Site/Tower Records:**      All records and other information (not including the contents of communications) relating to wire and electronic communications sent or received by the Account listed in Attachment A, including:

1.      Records of user activity for each connection made to or from the Account, including log files; text messaging logs; the date, time, length, and method of connections; data transfer volume; usernames; and source and destination Internet Protocol addresses (IPV6 data records);

2.      Information about each communication sent or received by the Account, including the date and time of the communication, the method of communication, and the source and destination of the communication (such as the source and destination telephone numbers, email addresses, and IP addresses); and

3.      All data regarding the cell tower and antenna face (also known as "sectors") through which the communications were sent and received;

4.      All historical GPS or other precision location information associated with the Account listed in Attachment A, including Per Call Measurement Data (PCMD), Range to Tower/Real-Time Tool (RTT) data, NELOS records, and Timing Advance Data (TrueCall).

## II.      Information to be Seized by the Government

All information described above in Section I that constitutes evidence of the violation of federal law, including, Title 21 U.S.C. § 841(a)(1) (distribute a controlled substances), Title 18 U.S.C. § 844(h) (use of fire in furtherance of a federal felony) and Title 18 U.S.C. § 844(n) (conspiracy to use fire in furtherance of a federal felony).

41

# UNITED STATES DISTRICT COURT

for the

Eastern District of Wisconsin

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched*<br>*or identify the person by name and address)*<br>Information associated with the cellular telephone assigned call numbers:<br>414-202-2342 (the "Target Cell Phone"), that are stored at premises<br>controlled by T-Mobile USA ("the Service Provider"), a company<br>headquartered at 4 Sylvan Way Parsippany, NJ 07054 | )<br>)<br>)<br>)<br>)<br>)<br>)    Case No. 22-910M(NJ) |

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A

located in the _____ District of _____ , there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☐ contraband, fruits of crime, or other items illegally possessed;

☐ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 1591 | Sex Trafficking |
| 18 U.S.C. 844(i) | Use of Fire to Damage a Building Affecting Interstate Commerce |
| 18 U.S.C. 844(h) | Use of Fire in Furtherance of Another Federal Crime |

The application is based on these facts:

See attached affidaviat.

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days *(give exact ending date if more than 30 days:* _____ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Rick Hankins, Special Agent, ATF

*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
telephone _____ *(specify reliable electronic means)*.

Date: 5/24/22 @ 11:26 a.m.

*Judge's signature*

City and state:   Milwaukee, Wisconsin     Honorable Nancy Joseph, United State Magistrate Judge

*Printed name and title*

## AFFIDAVIT IN SUPPORT OF
## AN APPLICATION FOR A SEARCH WARRANT

I, Rick Hankins, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1.      I make this affidavit in support of an application for a search warrant for records and information associated with the following cellular telephone number (the "Target Cell Phones"):  414-202-2342. These records are stored at premises controlled by T-Mobile USA ("Service Provider") a wireless telephone service provider headquartered at 4 Sylvan Way, Parsippany, NJ 07054, also described in Attachment A. The information to be searched is described in the following paragraphs and in Attachment B.

2.      This affidavit is made in support of an application for a search warrant under 18 U.S.C. § 2703(c)(1)(A) to require the Provider to disclose to the government subscriber/call detail information and historical location data (including cell-site data) maintained by the Provider as further described in Attachment B.  Upon receipt of the information described in Section I of Attachment B, government-authorized persons will review the information to locate items described in Section II of Attachment B.

3.      I am a Special Agent of the United States Justice Department's Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), currently assigned to the Milwaukee Field Office. I have been so employed since April 2003. My duties as a Special Agent with ATF include investigating alleged violations of the federal firearms, explosives, and arson statutes.

4.      I am an investigative or law enforcement officer of the United States within the meaning of Title 18, United States Code, Section 2510(7), in that I am empowered by law to conduct investigations of and to make arrests for federal offenses.

5.      I have completed approximately 26 weeks of training at the Federal Law Enforcement Training Center in Glynco, Georgia, as well as the ATF National Academy. That training included various legal courses related to constitutional law as well as search and seizure authority. Additionally, I have received training on how to conduct various tasks associated with criminal investigations, such as interviewing, surveillance, and evidence collection.

6.      In addition to my duties as a criminal investigator, I am also an ATF Certified Fire Investigator (CFI). As an ATF CFI, I am tasked with providing expert opinions as to the origin and cause of fires. I obtained the ATF CFI certification in 2009 following a two-year training program that centered on various fire science topics including, but not limited to: chemistry, fire dynamics, and building construction. The two-year ATF CFI certification program consisted of college courses, written exams, research papers, reading assignments, practical training exercises, and test burns of various materials.  I am re-certified annually as an ATF CFI. To date, I have participated in over 290 fire scene examinations and have testified as an expert.  Additionally, I have been certified as a fire investigator by the International Association of Arson Investigators since June 2011.  I have received over 1,500 class hours of fire related training.  Furthermore, I have been an instructor regarding fire-related topics on

2

multiple occasions for agencies and institutions that include: the Milwaukee Police Department, West Allis Police Department, Wisconsin Association of Homicide Investigators, The National Fire Academy (FEMA), International Association of Arson Investigators Chapter 25, Waukesha County Technical College, Milwaukee Area Technical College, and Blackhawk Technical College. I have also participated in over 215 live fire training exercises, where I started training fires and observed fire growth and development. Finally, I was a full-time instructor at the ATF National Academy from August 2015 to August 2016, where I taught several topics during Special Agent Basic Training for new ATF recruits. Specifically, I was a primary instructor for the arson block of training at the ATF Academy.

7.      I have previously applied for and received search and arrest warrants related to the crime of arson, as well as other crimes. During my career, my investigations have included the use of various surveillance techniques and the execution of various search, seizure, and arrest warrants. I have used historical cell site data to help locate, and identify locations frequented by, subjects in several investigations.

8.      The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

3

9. Based on the facts as set forth in this affidavit, there is probable cause to believe evidence of a crime is located within the records and information associated with the following cellphone number (414) 202-2342. Specifically, evidence exists at the aforementioned locations related to the alleged acts of sex trafficking and Federal arson perpetrated by Bobby MCNEIL (DOB: XX/XX/1979) in violation of Title 18, United States Code, Section 1591 (Sex Trafficking); Title 18, United States Code, Section 844(i) – use of fire to damage a building affecting interstate commerce; Title 18, United States Code, 844(h) – use of fire in furtherance of another Federal crime (sex trafficking). On or about February 1, 2022, MCNEIL is suspected of using or conspiring to use fire to damage a residential rental property located at XXXX South 21st Street in Milwaukee, Wisconsin that affected interstate commerce. Additionally, it is suspected the fire was perpetrated in furtherance of the coerced sex trafficking of a female victim, Y.O.R.

10. I submit this affidavit for the limited purpose of demonstrating sufficient probable cause for the requested warrant. It does not set forth all of my knowledge about this matter.

## PROBABLE CAUSE

11. On February 1, 2022, at approximately 2:30AM, fire damaged a residential rental property located at XXXX South 21st Street, Milwaukee, Wisconsin. Occupants of the residence woke to the sound of breaking glass and discovered a kitchen window broken and a fire burning by a nearby glass bottle on the floor. An occupant of the home, M.V., extinguished the fire. M.V. then exited the home and discovered a second

4

glass bottle outside on the ground that contained liquid and there was a rag sticking out of it. The Milwaukee Police Department subsequently responded and documented the fire under incident #22-032-0025. The Milwaukee Police Department collected the suspected incendiary devices, Molotov cocktails, for laboratory analysis.

12. An occupant of the residence, E.T, stated he suspected the ex-boyfriend of Y.O.R. was responsible for the fire. E.T. explained that he had allowed Y.O.R. to stay at his residence and Y.O.R. had been recently harassed and beaten by a black male E.T. knew only as "Cedric Robinson." E.T. further stated that Y.O.R. was a prostitute that he had befriended and E.T. tried to help Y.O.R. get out of prostitution. E.T. later told ATF that he believed Cedric Robinson was a pimp to Y.O.R. because E.T. knew her to be a prostitute and Y.O.R. told E.T. that Robinson would beat her if she didn't give Robinson money she owed to him. E.T. also stated that Robinson had been harassing Y.O.R. leading up to the day of the fire.

13. ATF subsequently interviewed E.T. on February 2, 2022 and E.T. provided the following information:

14. E.T. stated he believed the ex-boyfriend and likely pimp to Y.O.R. was responsible for the arson to his residence on February 1, 2022. E.T. stated he knew Y.O.R.'s ex-boyfriend as a black male who she called "Cedric Robinson" and "King Messiah." E.T. further stated that Robinson had a Facebook username of "Kingk Kingk" [Facebook ID # 100075745935381]. E.T. also said Y.O.R. had used E.T.'s cellphone on or about January 30, 2022 to access Y.O.R.'s Facebook account. E.T.

showed Your Affiant Y.O.R.'s Facebook username as "Yarisel Ortiz" [Facebook ID #100077369432639] with a profile picture that depicted her image. E.T. stated that he was able to capture multiple screenshots of Y.O.R.'s Facebook communications with "Kingk Kingk" while Y.O.R.'s Facebook account was open on his cellphone. E.T. sent the Facebook screenshots to Your Affiant' government cellphone and Your Affiant later inventoried those images.

15.    The Facebook screenshots provided by E.T. included an image of a black male sent by "Kingk Kingk" who E.T. stated was the black male he knew as Cedric Robinson aka "King Messiah." The image is depicted below. E.T. stated he had seen "Cedric Robinson" a couple times from a distance and the black male depicted below is consistent with the person he knew as Cedric Robinson.



*Facebook image of "Cedric Robinson" aka "King Messiah"*

16.     Below are images of screenshots captured by E.T. of communications sent from "Kingk Kingk" to Y.O.R. via Facebook Messenger. E.T. opined that some of the texts appeared to be inadvertent talk-to-text messages that were captured when Cedric Robinson may have had his Facebook account listening while Robinson was talking. E.T. stated he was familiar with Facebook enough to know that it is possible to have Facebook capture spoken statements as text messages if that feature is enabled and the user forgets to close the application on his/her cellphone.





**Kingk**
Active Now

Oh she was going to the n*****
spot right there on 20th and
Greenfield okay yeah she be
going to the n**** spot right
there between Scott and
Washington and on orchard
right there on 21st yes so suck
around the area n**** all
morning hours and late night
hours man absolutely

So she feeding all these sucker
ass n****** money they ain't
looking out for when she f*****
up but fam I'm the one be
looking out for you mean and
she feeding these being faithful
and dedicated and loyal to
these n***** that ain't loyal to
me it'll hurt my n***** and
that's some sick ass s*** fam
that's a sick man f***** man
she told me m************

Aa

8





m*********** can't stay in the shadows forever damn and you know what's up folks you already know what's good you know what time it is with some gangsters money that's what a mother f****** stand on this s*** right here my n***** and this right here going to wake him up f*** all up cuz they going to feel sorry and more depressed about they m************ self once they see what unfold my n**** they're going to wish they never even perform the way they perform my n**** cuz purple preparations prevents all poor performances

10



17.    E.T. stated he interpreted the above Facebook messages as Cedric Robinson searching for Y.O.R. and upset that Y.O.R. was hiding from him. E.T. also stated he took it as a threat when Cedric Robinson referenced that people were impacting a "gangsters money" and were going to regret it. E.T. further said the reference of "she" (Y.O.R.) being at the house on 21st and Orchard is a reference to Y.O.R.'s house at XXXX South 21st Street.

18.     On February 3, 2022, ATF conducted a second interview of E.T., at which time the following information was provided:

19.     E.T. stated he first met Y.O.R. when he stopped to help her after he saw her get hit by a car while riding her bike.  E.T. said he and Y.O.R. started a friendship and he eventually learned she was a prostitute who wanted to leave her life situation.  E.T. said Y.O.R. would frequently say she wanted to get away from "Cedric Robinson," whom E.T. believed to be her pimp.  E.T. stated that Y.O.R. had confided that Robinson had wanted to get professional photos of Y.O.R. in December 2021 so that Robinson could advertise Y.O.R. on the internet for prostitution.  E.T. said he believed that Robinson has kept Y.O.R. addicted to drugs so it is easier to prostitute her.  E.T. later said Y.O.R. told E.T. that Robinson would give Y.O.R. heroin and crack, and then Y.O.R. owed Robinson money.  E.T further said Y.O.R. told him that a large portion of her prostitution money is given to Robinson.  E.T. also said that Y.O.R. told him that she has been with Robinson for about 10 years, since she was 16.

20.     E.T. said that he also goes by the nickname "Jimmy" and Robinson knows E.T. as Jimmy.

21.     E.T. said Y.O.R. goes by the nicknames "Yaya" and "Yari".  E.T. also said Y.O.R. used to have the cellphone number (XXX) XXX-9013 until late December 2021.  E.T. stated Y.O.R. no longer has her own cellphone.

12

22.     E.T. had previously provided screenshots of Facebook text messages sent by "Kingk Kingk" aka "Cedric Robinson / King Messiah" to Y.O.R., which were inventoried as ATF Item #1. E.T. also stated he was able to save two Facebook voice messages sent by "Kingk Kingk" to Y.O.R. at approximately 2:00PM on January 30, 2022. E.T. said he forwarded the voice messages from the Facebook account for Y.O.R. to his own Facebook account under the name "Piculing Ortiz (Enste.)". E.T. played the Facebook voice messages for ATF. Investigators recorded the Facebook voice messages and inventoried the recording as ATF Item #2. E.T. said he believes that Cedric Robinson did not know he was recording the message based on the statement at the end of the message. Y.O.R. was logged into her Facebook account on E.T.'s cellphone because she didn't have her own cellphone. The following is a summary of the Facebook voice message sent by "Kingk Kingk" to Y.O.R. on January 30, 2022 and forwarded by E.T. to his own Facebook account for preservation:

(Male voice)

*"…motherfucker think they can get over on me, or play me, or do me man, or misuse me… I don't play that shit… I'll get my payback one way or another… why do you think a nigga posted right now… the next individual motherfucker think they love, that's who you do… just stay parked right here…"* (sounds of vehicle traffic can be heard in the background of the audio) *"…who was that? Who was that?... no, that's some other bitch…this is hilarious… all I did was show love… and motherfucker show nothing but hate back… and trusting and believing and loving trick-ass niggas that pay for pussy… like they going to save her… my patience is running thin… I'm going to make a motherfucker*

13

*crocodile tears… if I can't catch a motherfucker right now… with this next move… what? What was recording?"* (The audio recording then abruptly stopped)

23.    E.T. stated Y.O.R. had previously contacted him using Cedric Robinson's cellphone number (414) 275-2187.  E.T. said Y.O.R. had told him that Cedric Robinson would beat her, and she would occasionally contact E.T. to pick her up from the apartment building located at XXXX West National Avenue.  E.T. stated he convinced Y.O.R. to get away from Cedric Robinson by traveling to Florida.  E.T. said he drove Y.O.R. to stay with her family in Florida on or about January 5, 2022.   E.T. further said Y.O.R. accidentally called Robinson from E.T.'s unblocked cellphone while they were traveling to Florida and that is how Robinson learned of his cellphone number.

24.    E.T. provided screenshots of the text message history on his cellphone with phone number (414) 275-2187.   Those screenshots were inventoried as ATF Item #3.  The text history is depicted below.  E.T. stated you can tell when Y.O.R. was using the cellphone versus Robinson based on the tone of the text message.

14







15





16



25.     E.T. stated that he had driven Y.O.R. to Florida on January 5, 2022 and she stayed in Florida for about 3 weeks and had even started a job. However, E.T. said Y.O.R. informed him at some point that she was flying back to Milwaukee on January 26, 2022 on Spirit Airlines. E.T. further said it was difficult for Y.O.R. to stay away from Milwaukee because Milwaukee is where her young children are being raised by her mother. E.T. further said Y.O.R. is not allowed to see her children. E.T. stated Y.O.R.'s flight landed at approximately 12:36PM on January 26, 2022 in Milwaukee. E.T. also said Y.O.R.

17

would not tell him who paid for her plane ticket, but he assumed that Robinson had paid for the ticket.

26.     E.T. said Y.O.R. called him on January 26, 2022 to pick her up from Robinson's apartment building located at 2600 West National Avenue.  E.T. asked why she was at that location and she informed him that she stopped at 2600 West National because that is where she had left her only winter coat.  E.T. stated that Y.O.R. told him that she intended to live with E.T. and start a new life.  E.T. further said Y.O.R. even later showed him the paperwork she completed to obtain a Wisconsin ID using his address.

27.     When E.T. pulled up to 2600 West National Avenue on January 26, 2022, he stated that he watched Y.O.R. walk out of the building with Cedric Robinson following behind her.  E.T. further said Y.O.R. jumped into the front passenger seat of his vehicle and told him to quickly drive away.  E.T. stated that Y.O.R. told him that she lied to Cedric Robinson by telling him that she was going outside to get money from a previous prostitution customer.  E.T. further said Robinson had previously seen E.T. drive E.T.'s blue Jeep.

28.     E.T. stated that he began getting multiple phone calls from Robinson after he picked Y.O.R. up on January 26, 2022, which he mostly ignored.  E.T. said he also received the above featured text message from Robinson at approximately 4:19PM on that same date in which Robinson called E.T. an "amateur" for his "dip" into a "professional business."

18

29. E.T. also said he believed Robinson was parked on his street when he sent the following text message to E.T. at approximately 1:50AM on January 27, 2022: "I'm out here"

30. E.T. stated that he and Y.O.R. were watching Netflix in his bedroom during the evening hours of January 30, 2022 when they both fell asleep. E.T. stated he woke up around midnight to find Y.O.R. reading a Facebook message on her Facebook account on E.T.'s cellphone from "Kingk Kingk" (Robinson). E.T. said the message from Robinson told Y.O.R. that she could not hide and would eventually be caught by Robinson. E.T. also said the message included a veiled threat to Y.O.R.'s family by saying what she was doing could impact them. E.T. said Y.O.R. was visibly upset and he tried to console her. E.T. further said he subsequently fell back asleep and later woke up at approximately 7:00AM and Y.O.R. was gone. E.T. said he immediately drove around the area and located Y.O.R. walking in an alley. E.T. said Y.O.R. asked to be driven to the area of Burnum and 10th Street so she could walk to a friend's house. E.T. stated he did not see which house she walked into, if any at all. E.T. said he has not seen Y.O.R. since that day.

31. E.T. also showed investigators his call log from January 31, 2022 when he had received a call from (414) 275-2187 at 11:09AM. E.T. said he answered the phone and it was Y.O.R. who started to talk but then stopped because he heard Robinson in the background asking her why she called when

19

he was still telling her what to say. E.T. further said Y.O.R. sounded like she was crying and hung up the phone. E.T. stated he called back but no one answered. E.T. said Y.O.R. subsequently called him back and asked to be picked up but he told her he could not because he was at work. E.T. said that he had a feeling that Robinson was trying to set him up because Robinson knew E.T. carried a handgun with a concealed carry permit. E.T. stated that Y.O.R. had previously told E.T. that Robinson had wanted her to steal E.T.'s handgun for Robinson.

32. E.T. said that he received a call from (414) 275-2187 at 5:00PM on January 21, 2022 but he did not answer the call. E.T. further stated he called the number back at 5:14PM and Robinson answered the call. E.T. said that Robinson told him that Y.O.R. could not talk right now because his penis was in her mouth, and then hung up the phone.

33. E.T. later provided Your Affiant information regarding a previous Facebook account used by Y.O.R. under the name "Yarisel Ortiz" [Facebook ID #100055146091393]. E.T. said Robinson has access to this account because Y.O.R. told him that Robinson was using this old account to message her new Facebook account while she was staying in Florida.

34. E.T. later stated he had located a possible online prostitution ad featuring a likely photograph of Y.O.R. on the website skipthegames.eu, with a phone number of (773) 780-3478. The ad was posted for Rockford, IL. E.T.

further said the postings for the ad ended on January 5, 2022, when Y.O.R. left for Florida and resumed again on January 26, 2022 when Y.O.R. returned to Milwaukee.

*Identification of "Cedric Robinson" as BOBBY LASHAUN MCNEIL*

35.     On February 3, 2022, ATF Task Force Officer (TFO) Alexis Krusic broadcast a request for assistance to law enforcement agencies in the Milwaukee Metro area.  Specifically, TFO Krusic requested assistance identifying a black male known only as "Cedric Robinson" aka "King Messiah", depicted below, which was inventoried as ATF Item #1.



*Facebook image of "Cedric Robinson" aka "King Messiah"*

21

36. New Berlin Police Department Detective Joshua Guavara responded to the request stating that facial recognition software had potentially identified "Cedric Robinson" aka "King Messiah" as Bobby Lashaun MCNEIL (B/M, DOB: 10/18/1979). The facial recognition software had identified a Milwaukee County Jail booking photograph of MCNEIL as 99.8% similar to the image depicted above. The side-by-side images of "King Messiah" and Bobby MCNEIL are depicted below.

(Images depicted below are not positive identifications. They are to be used only as investigative leads)

✚ Organization Filters

 

| | |
|---|---|
| Similarity: | 99.8% |
| Identifiers: | Bobby Mcneil (DOB: October 1979) |
| Organization: | Milwaukee County Jail |
| Image Date: | 10/29/2019 |

37. According to Milwaukee County Jail records, Bobby MCNEIL has used the following aliases and nicknames: Messiah Robinson, Robinson Messiah, King Messiah, Cedric Johnson, and Bam Bam.

38. On February 8, 2022, E.T. contacted Your Affiant and stated he had independently identified Bobby MCNEIL as the black male he knew as "Cedric Robinson" by researching nicknames on the Wisconsin Consolidated Court Automation Programs (CCAP) and then comparing images of old Facebook profiles under the name "Bobby McNeil".

39. MCNEIL was apprehended on February 18, 2022 by the United States Marshal Service pursuant to multiple State of Wisconsin felony warrants. The apprehension occurred at XXXX South Layton Blvd in Milwaukee, Wisconsin. Law enforcement subsequently conducted a search of the location pursuant to a signed consent form provided by the lawful resident of XXX South Layton Blvd. Investigators located, among other items, approximately 4.5 grams of suspected crack cocaine and $4,949.00 reportedly discarded by MCNEIL when law entered the residence to apprehend MCNEIL. Additionally, law enforcement located a LG cellphone (ATF Item #8) that did not belong to the resident in an area occupied by MCNEIL. ATF later obtained a Federal search warrant to extract data from the LG cellphone (ATF Item #8) and the extraction showed that the cellphone was assigned the number 414-275-2187.

40. A review of text messages on the LG cellphone (ATF Item #8) showed that MCNEIL had multiple messages with Y.O.R. that appeared to reference prostitution

23

and MCNEIL being owed money. On December 24, 2021, MCNEIL messaged Y.O.R. and asked her where she was and told her to call him. MCNEIL then stated, "BABYUGIRL, WE ALL GOOD…YOU KNOW YOUR ""KING"" NOT SLOW… I SEEN MY PACK ""SHORT""…I take full responsibility…I'm the one that slip…yes, I want my CASH…BUT THAT'S HOW THE GAME GOES…I LEFT ALL MY SHIT ON THE FLOOR…THANK YOU FOR LEAVING A NIGGA SOMETHING TO GET BACK ON..TRACK..I DID THAT…THAT'S WHY I'M CONTNUE TO TELL YOU "WE ALL GOOD" YOUNG GODDESS..I JUST NEED…PURE LOYALTY WITHOUT ALL THE GAME'S…US THAT COOL, BABYGIRL???????????" MCNEIL messaged Y.O.R. later and asked if she left, she replied, "No not yet..He talking" and MCNEIL responded, "I was about to say…you might as well walk" "I need some more dormin's I believe, I'm going to let you tell me that…babygirl". MCNEIL messaged at 7:39 pm, "Communicate (talk)…That would be understood much better…you was good until you was ready…babygirl " I told you I had you" and Y.O.R. replied, "I just caught a Mexican, I have 50 for my king Call you when I'm done & he may come up to spend..Ok?" MCNEIL messaged, "DADDY WAS JUST TRYING TO MAKE HIS ""QUEEN"", HAPPY, FOR THE HOLIDAYS" "SHOW MY LOVE…IN HOW MUCH I ADMIRE YOU…QUEEN"

41.    On December 25, 2022, at 1:45 pm, MCNEIL messaged Y.O.R. and asked, "Where you going" "Turn around" and Y.O.R. responded, "K" and MCNEIL replied, "You just jumped in…without talking" "Dude been rolling around for the last couple

24

days" "BABYGIRL, it's a white dude…circling the block…looking for you" "Dude with the ""bag"" didn't answer" "Don't have the trick take you to far".

42.     On January 4, 2022, MCNEIL messaged Y.O.R., "Babygirl, let him know you charge…$80" "Cash…Don't go down" "There's a white guy…in the blue truck…Rolling AROUND looking for you…" "That's why I was calling you".

43.     On January 15, 2022, MCNEIL texted 'Jasmine' (414)XXX-XXXX and stated, "Way" " I need to talk to you" "Babygirl, I need you to come by the evergreen building…(The same building Paul live in)…right now…I got a date set up for you (agent note: dates are typically what prostitutes call their interactions with their customers). "Wya" "Evergreen building" "Now" "Money". MCNEIL then messaged (414)517-XXXX and stated, "This girl is not answering her phone…But, she do got one of them text free numbers…I do believe she still coming" "She never played with me…So give it a couple minutes" MCNEIL messaged 'Jasmine' again, "Way" "Way" "Money" "You ready". 'Jasmine' finally responded 2 hours later and stated, "I'm so pissed the f*** off I'm still a f***** Chicago and I really miss five dates already" "I will be back to Milwaukee soon" and MCNEIL responded the following day, "Yes" then Jasmine replied, "So now you care". 'Jasmine' told MCNEIL, "I really feel like crying" "I'm really about to cry that's how much I'm in pain right now" and MCNEIL replied asking where she was and she stated she was off 23rd and Mineral. 'Jasmine' asked where MCNEIL was and he told her he was at the Evergreen building and when she replied, she called MCNEIL 'King', which is what Y.O.R. called MCNEIL. MCNEIL told

25

Jasmine to call him and then followed up with a text that told her, "Get paid $$$$$" to which she replied that she was on 20th still with her boyfriend and MCNEIL responded, "It's time to get money" and she told him she knew and she would in the morning and MCNEIL then told her, "No…No…It's time to get money….right now". Jasmine told him that her feet still hurt and she couldn't even walk and MCNEIL told her that walking is the best exercise to 'loosen up her feet.' Jasmine told MCNEIL the pain was in her toes and MCNEIL stated, "Allow that to motivate you to go harder" and she responded with "Ok." On January 19, 2022, Jasmine texted MCNEIL and told him that she would call him when she caught a 'date.'

44.  On January 29, 2022, MCNEIL messaged Jasmine, "You see the bitch…Let me know A.S.A.P.!!!!!", which investigators believe to be a reference to Y.O.R., who had reportedly fled from MCNEIL days before.

45.  ATF also obtained The T-Mobile records via Federal search warrant for # (414) 275-2187.  The T-Mobile records showed that (414) 275-2187 received two incoming calls on February 1, 2022 at 2:31:27AM and 2:32:26AM.  For both of those incoming calls, cellphone number (414) 275-2187 utilized the cellphone tower located at 1640 South 24th Street in Milwaukee, and the sector of that tower that provided coverage for XXXX South 21st Street (the firebombing location).  That same tower and sector does not provide coverage for the two known residences of Bobby MCNEIL: XXX South Layton BLVD and 26XX West National Avenue.  The T-Mobile records also showed that (414) 275-2187 placed at outgoing call at 2:42:23AM on February 1, 2022

26

while utilizing the cellphone tower located at 1560 West Pierce Street that provided coverage for 26XX West National Avenue. Surveillance video from 26XX West National captured images of MCNEIL and Y.O.R. entering the building at approximately 2:43AM on that date.

46.    ATF further obtained Facebook records via Federal search warrant for an account utilized by Y.O.R. and that depicted her image. A review of the Facebook record showed multiple messages from MCNEIL'S "KingK KingK" account to Y.O.R. The following is summary of those messages:

47.    On January 26, 2022, at approximately 9:11PM, "Kingk Kingk" sent the following instant message to Y.O.R.:

"This is the wrong path to go down….Babygirl!!!"

48.    MCNEIL also sent the following messages:

Author  Kingk Kingk (Facebook: 100075745935381)
  Sent  2022-01-28 00:55:03 UTC
  Body  BABYGIRL, YOU REALLY TRIPPING ..... ALL YOU HAD TO DO IS BE 🫶
        REAL ..... IN JUST SAID YOU WANT TO GET "" HIGH "" ....... I
        WOULD'VE  "" BLESSED "" YOU .... YOU WAS PLAYING A ROLL WITH
        ME LIKE YOU WAS DONE ...... YOU DIDN'T HAVE TO PERFORM LIKE
        THAT ....... YOU STILL WILL BE  MY   🫶 "" QUEEN  "" 🫶 ..... UNTIL
        YOU READY TO GIVE UP ..... YOU STILL CAN BRING THAT MONEY 🫶
        HOME ..... NOW .... AND THAT THANG ... FROM DUDE ..... I LOVE 🫶
        YOU 🫶

Author  Kingk Kingk (Facebook: 100075745935381)
  Sent  2022-01-29 05:52:20 UTC
  Body  I'M BEING PATIENT ...... BEFORE I GIVE  A INDIVIDUAL A REAL
        REASON TO BE AGAINST ME ...... PLAY ME ..... MY PERFORMANCE....
        YES ,... 100  TIMES  WORSE ..... TRUE MEANING OF DEVIOUS AND
        DEVASTATING ...... PLEASE DON'T PLAY YOUR SELF ......

27

**Author** Kingk Kingk (Facebook: 100075745935381)
**Sent** 2022-01-30 16:28:46 UTC
**Body** I just want to ask you one question....in you can do you ....
Call me

**Author** Kingk Kingk (Facebook: 100075745935381)
**Sent** 2022-01-30 16:44:29 UTC
**Body** I like to give individuals..... A real real reason to be on something
personal ...... against me ....... "" PAYBACK "" ...... YOU THE LAST
INDIVIDUAL .... I'LL HATE TO BE ON SOMETHING WITH .... YOUNG
GODDESS ..... THAT WAS NEVER MY INTENTIONS ..... I TRULY
LOVED YOU ....... REMEMBER THAT !!!!!!! SORRY

---

**Author**
Kingk Kingk (Facebook: 100075745935381)
**Sent** 2022-01-30 15:59:06 UTC
**Body** Them my hours

**Author** Kingk Kingk (Facebook: 100075745935381)
**Sent** 2022-01-30 16:06:11 UTC
**Body** The b**** Mama live right around the corner right here fam she
give a f*** about these n****** dick chasing and with these trick
ass n****** and all this s*** damn she ain't thinking about her
loved ones at all you a man but it's sick it's all good you know if
that is a matter of mother f****** time my n***** a matter of time
a m*********** can't stay in the shadows forever damn and you
know what's up folks you already know what's good you know what
time it is with some gangsters money that's what a mother f******
stand on this s*** right here my n***** and this right here going to
wake him up f*** all up cuz they going to feel sorry and more
depressed about they m*********** self once they see what unfold
my n**** they're going to wish they never even perform the way
they perform my n**** cuz purple preparations prevents all poor
performances

**Author** Kingk Kingk (Facebook: 100075745935381)
**Sent** 2022-01-30 16:13:20 UTC
**Body** SAD 😭😭😭😭😭😭😭😭😭😭 ..... BABY

28

**Author** Kingk Kingk (Facebook: 100075745935381)
    **Sent** 2022-01-30 14:35:30 UTC
    **Body** ALL I ASK, TO SHOW LOVE BACK .... YOU SHOW HATE .... YOUR HATE IS FUNNY ...... MINES IS DEVILISH ...... DEEP DEEP .....

**Author** Kingk Kingk (Facebook: 100075745935381)
    **Sent** 2022-01-30 14:43:20 UTC
    **Body** This is some hot little teenage girl shit ...... You grown as hell ..... Grow up..... WAKE UP SOON ..... YOUNG GODDESS

**Author** Kingk Kingk (Facebook: 100075745935381)
    **Sent** 2022-01-30 15:33:33 UTC
    **Body** In a car with a older black dude and a beige or gray car last night at the gas station yeah eventually she'll be seen

**Author** Kingk Kingk (Facebook: 100075745935381)
    **Sent** 2022-01-30 15:36:21 UTC
    **Body** Yeah Greenfield Mitchell between okay cool cool eventually

**Author** Kingk Kingk (Facebook: 100075745935381)
    **Sent** 2022-01-30 15:39:02 UTC
    **Body** Oh she was going to the n***** spot right there on 20th and Greenfield okay yeah she be going to the n**** spot right there between Scott and Washington and on orchard right there on 21st yes so suck around the area n**** all morning hours and late night hours man absolutely

(agent note: The firebombed address is near 21st Street and Orchard)

49.    On January 30, 2022, at approximately 12:08PM, Y.O.R. received an audio clip voice message from Facebook user "KingK KingK". The voice message is summarized below:

(Male voice)*"...motherfucker think they can get over on me, or play me, or do me man, or misuse me... I don't play that shit... I'll get my payback one way or another... why do you think a nigga posted right now... the next individual motherfucker think that they love, that's who you do... just stay parked right here..."*

29

50.     On January 30, 2022, at approximately 12:11PM, Y.O.R. received a second audio clip message from Facebook user "Kingk Kink".   That voice message is summarized below:

> (Male voice)*"...who was that? Who was that?... no, that's some other bitch...this is hilarious... all I did was show love... and motherfucker show nothing but hate back... and trusting and believing and loving trick-ass niggas that pay for pussy... like they going to save her... my patience is running thin... I'm going to make a motherfucker crocodile tears... if I can't catch a motherfucker right now... with this next move... what? What was recording?"*  (The audio recording then abruptly stopped)

51.     ATF interviewed Y.O.R. on February 17, 2022 and the following is a summary of that interview:

52.     Y.O.R. alluded that she had been kept against her will by a black male she knew as "Bobby Cedric MCNEIL."  Y.O.R. also said MCNEIL is a drug dealer who sells weed, crack, and heroin. Y.O.R. further said MCNEIL forces her to "sell" herself.  Y.O.R. stated that MCNEIL advertises Y.O.R. for sex acts on a website called "skipthegames." Y.O.R. said MCNEIL had posted an image of her naked body on the website as recently as the last five days.  Y.O.R. stated she calls MCNEIL "Daddy" out of fear.  Y.O.R. said MCNEIL advertised Y.O.R. on the website under the name "Young Goddess."  Y.O.R. stated that MCNEIL advertised various prices depending on the length of sexual encounters.  Y.O.R. further said she had engaged in 5 separate sex acts for money under the direction of MCNEIL since January 26, 2022.   Y.O.R. said two of the sexual encounters occurred at XXXX South Layton Blvd, Unit 206, Milwaukee, Wisconsin. Y.O.R. also said 3 sexual encounters since January 26, 2022 have occurred at 26XX West National Avenue, Unit 604, Milwaukee, Wisconsin.  Y.O.R. said the money for the sex

30

acts are paid by her "dates" directly to MCNEIL, and she is not given any money for her sex acts. Y.O.R. said that MCNEIL would beat her if she did not follow his directions. Y.O.R. stated that she was with MCNEIL at XXX South Layton Blvd, Unit 206, on the evening of February 16, 2022, when she waited for MCNEIL to fall asleep. Y.O.R. said she was able to flee the apartment after MCNEIL fell asleep.

53. ATF interviewed Y.O.R. again on February 18, 2022 and asked if she had known MCNEIL to ever have visited E.T.'s residence or if she had any knowledge of the fire that damaged the residence. Y.O.R. denied any knowledge of either topic.

54. ATF interview Y.O.R. yet again on May 11, 2022. During that interview, Your Affiant showed Y.O.R. a printout of Facebook messages sent from her Facebook account in January 2022 to her mother, R.R. Your Affiant previously obtained the Facebook messages from R.R. The Facebook messages sent to R.R. during the aforementioned timeframe were allegedly sent by Bobby MCNEIL when MCNEIL had access to Y.O.R.'s Facebook account. In the messages, MCNEIL insisted that Y.O.R. give him money owed to MCNEIL. Your Affiant asked Y.O.R. what money MCNEIL would be referring to. Y.O.R. said she had never seen these messages but believed MCNEIL wanted money from prostitutions that she had performed. Y.O.R. further said she had never taken any money from MCNEIL, but MCNEIL expected money from her prostitution. Y.O.R. stated that she would only be able to keep her prostitution money whenever she was "on the run" from MCNEIL.

31

55.     Your Affiant then showed Y.O.R. a printout of transactions from Y.O.R.'s Green Dot Bank account. Your Affiant asked Y.O.R. if any of the money deposited into the Green Dot Bank account were proceeds from prostitution, and she said no. Y.O.R. said all of the money deposited into that account were government stimulus checks in the amounts of $1400, $1200, and $600. Y.O.R. said she sometimes had to transfer money to herself because only one of her emails was connected to her Wal-Mart card. Y.O.R. said all of her prostitution proceeds were cash that she had to give to MCNEIL, unless she was on the run from MCNEIL.

56.     Your Affiant then informed Y.O.R. that investigators obtained MCNEIL'S cellphone records and those records showed MCNEIL was in the area of E.T.'s residence around the time the residence was damaged by fire. Your Affiant also reminded Y.O.R. that surveillance video showed she had arrived with MCNEIL at the apartment building located at 2600 West National Avenue shortly after E.T.'s residence was damaged by fire. Your Affiant informed Y.O.R. that she was not in trouble but stressed that if Y.O.R. remembers being with MCNEIL when MCNEIL was near E.T.'s residence, she needed to share that information. Y.O.R. replied, "I was with him." Y.O.R. insisted that she did not know what MCNEIL had done until E.T. told her later about the fire.

57.     Your Affiant audio recorded the interview at this point and inventoried the audio recording as ATF Item #55. The following is a summary of the audio recorded portion of the interview:

32

58.     Your Affiant asked Y.O.R. to explain who she was with and where she went on the night that E.T.'s residence was damaged by fire.  Y.O.R. subsequently said that a tall, thin, black male picked her and MCNEIL up and drove them to 20th Street and Lapham and parked the car.  Y.O.R. further said MCNEIL got out of the car by himself and said that he was going to "stroll through the alley" and be right back. Y.O.R. said MCNEIL returned to the car 15-20 minutes later.

59.     When asked to describe the vehicle that picked her and MCNEIL up, Y.O.R. said it was the same black male in the same vehicle that had picked her up from the airport when she landed from Florida.   Y.O.R. described the vehicle as a reddish/burgundy car that looked similar to a Malibu.  Y.O.R. further said she did not know the name of the black male who drove the car.

60.     Y.O.R. stated that after she and MCNEIL were picked up by the unknown black male, they first stopped at the gas station located at 27th Street and National, where MCNEIL went inside to buy a coffee.  When asked, Y.O.R. said she did not see anyone purchase gasoline or bottles.  Y.O.R. stated that MCNEIL already had a lighter on his person.  When MCNEIL got out of the car near 20th Street and Lapham, Y.O.R. said she did not see anything in his hands and did not see him go to the trunk of the vehicle.  Y.O.R. stated that MCNEIL said he was going to stroll down the alley and "check the back" of E.T.'s house.  Your Affiant asked what MCNEIL said as to why he wanted to check E.T.'s house.  Y.O.R. said she did not know MCNEIL'S reason.

33

61.     Your Affiant asked Y.O.R. if she had known that MCNEIL wanted to go to E.T.'s house that night.  Y.O.R. said she recalled overhearing MCNEIL on his cellphone talking to someone and saying that MCNEIL wanted to go to someone's house, but she did not know it was E.T.'s house until they arrived at 20th Street and Lapham.  Y.O.R. said MCNEIL had been talking to the unknown black male on the phone prior to the black male picking them up and had asked the black male for a ride.

62.     Your Affiant asked Y.O.R. if MCNEIL said he was mad at E.T. and why. Y.O.R. said MCNEIL was not mad at E.T..  Y.O.R. further said that MCNEIL told her that because Y.O.R. had hurt MCNEIL then MCNEIL was going to hurt people who were close to Y.O.R. as punishment to Y.O.R..  When MCNEIL got back into the car after strolling down E.T.'s alley, Y.O.R. said MCNEIL told the driver to take them home and MCNEIL did not say anything about what he had done.  Y.O.R. further said MCNEIL beat her before the trip to E.T.'s and afterward.  When asked why MCNEIL beat her, Y.O.R. said it was because she wanted to leave MCNEIL.

63.     Your Affiant asked why Y.O.R. had not shared this information before and she said that she did not have an excuse.  When asked if she was worried about what E.T. would think, Y.O.R. said yes.

64.     A review of MCNEIL'S call detail records provided by T-Mobile for #(414) 275-2187 showed that MCNEIL'S cellphone had contact with #(414) 202-2342 at approximately 2:12AM and 2:16AM on February 1, 2022.  These contacts were the only

34

contacts with a non-voicemail number spanning over one hour prior to the arson at XXXX South 21st Street.

65.     A query of law enforcement databases and open source records showed that cellphone number (414) 202-2342 was a number under T-Mobile.

## REQUEST FOR SEARCH WARRANT

66.     The facts set forth above show that there is probable cause to believe that the records and other information described in Attachment A and Attachment B will contain evidence of federal crimes.

67.     As further set forth in Attachment B, your affiant is requesting subscriber/call detail information and historical location data (including cell-site data) maintained by the Service Provider for the Target Cell Phones listed in Attachment A for the date range from December 1, 2021 to Present.

68.     The requested data will allow investigators to compare past locations of the Target Cell Phone and will assist in determining whether and to what extent the Target Cellphone was in geographical proximity to South 21st Street at or near the time of the fire.

35

69. Further, call detail records for the Target Cell Phones will assist investigators in documenting communications between MCNEIL and the possessor of the Target Cell Phone, as well as potential accomplices or co-conspirators during the time period of the above-described violations and may reveal additional investigative leads or suspects.

70. In my training and experience, I have learned that the Service Provider listed in Attachment A is a wireless provider that provides cellular telephone access to the general public. I also know that providers of cellular telephone service have technical capabilities that allow them to collect and generate information about the locations of the cellular telephones to which they provide service, including cell-site data, also known as "tower/face information" or "cell tower/sector records." Cell-site data identifies the "cell towers" (i.e., antenna towers covering specific geographic areas) that received a radio signal from the cellular telephone and, in some cases, the "sector" (i.e., faces of the towers) to which the telephone connected. These towers are often a half-mile or more apart, even in urban areas, and can be 10 or more miles apart in rural areas. Furthermore, the tower closest to a wireless device does not necessarily serve every call made to or from that device. Accordingly, cell-site data provides an approximate location of the cellular telephone but is typically less precise than other types of location information, such as E-911 Phase II data or Global Positioning Device ("GPS") data.

36

71.     Based on my training and experience, I know that wireless providers can collect cell-site data about the Target Cell Phones listed in Attachment A.  I also know that the Service Provider typically collects and retains cell-site data pertaining to cellular phones to which it provides service in its normal course of business in order to use this information for various business-related purposes.

72.     Based on my training and experience, I know that the Service Provider also collects more precise historical location information associated with cellular phones, which may be referred to as Per Call Measurement Data (PCMD), Range to Tower or Real-Time Tool (RTT) data, NELOS records, or Timing Advance Data (TrueCall).  This data uses GPS or other technology to estimate an approximate location range of a cellular phone that is more precise than typical cell-site data.

73.     Based on my training and experience, I know that wireless providers typically collect and retain information about their subscribers in their normal course of business.  This information can include basic personal information about the subscriber, such as name and address, and the method(s) of payment (such as credit card account number) provided by the subscriber to pay for wireless telephone service.  I also know that wireless providers typically collect and retain information about their subscribers' use of the wireless service, such as records about calls or other communications sent or received by a particular phone and other transactional records, in their normal course of business.  In my training and experience, this information may constitute evidence of the crimes under investigation because the information can be used to identify the

37

Target Cell Phones' user or users and may assist in the identification of co-conspirators and/or victims.

**AUTHORIZATION REQUEST**

74.     Based on the foregoing, I request that the Court issue the proposed search warrant, pursuant to 18 U.S.C. § 2703(c) and Federal Rule of Criminal Procedure 41.

75.     I further request that the Court direct the Service Provider to disclose to the government any information described in Section I of Attachment B that is within its possession, custody, or control.  Because the warrant will be served electronically on the Service Provider, who will then compile the requested records at a time convenient to it, reasonable cause exists to permit the execution of the requested warrant at any time in the day or night.

**ATTACHMENT A**

**Property to Be Searched**

This warrant applies to records and information associated with the cellular telephone assigned call numbers: 414-202-2342 (the "Target Cell Phone"), that are stored at premises controlled by T-Mobile USA ("the Service Provider"), a company headquartered at 4 Sylvan Way Parsippany, NJ 07054.

# ATTACHMENT B

## Particular Things to be Seized

## I.     Information To Be Disclosed by the Provider

For the time period from December 1, 2021 to Present, the Provider is required to disclose the following records and other information, if available, to the United States for the Account listed in Attachment A:

**A.     Subscriber Information and Call Detail Records:**  The following information about the customers or subscribers of the Account listed Attachment A:

1.     Subscriber/customer names (including usernames and screen names);

2.     Subscriber/customer addresses (including mailing addresses, residential addresses, business addresses, and e-mail addresses);

3.     Local and long-distance call detail and tolls records for the Account;

4.     Records of session times and durations, and the temporarily assigned network addresses (such as Internet Protocol ("IP") addresses) associated with those sessions;

5.     Length of service (including start date) and types of service utilized;

6.     Telephone or instrument numbers (including MAC addresses, Electronic Serial Numbers ("ESN"), Mobile Electronic Identity Numbers ("MEIN"), Mobile Equipment Identifier ("MEID"), Mobile Identification Numbers ("MIN"), Subscriber Identity Modules ("SIM"), Mobile Subscriber Integrated Services Digital Network Number ("MSISDN"), International Mobile Subscriber Identifiers ("IMSI"), or International Mobile Equipment Identities ("IMEI"));

7.     Other subscriber numbers or identities (including the registration Internet Protocol ("IP") address); and

8.     Means and source of payment for such service (including any credit card or bank account number) and billing records.

B.     **Cell-Site/Tower Records:**     All records and other information (not including the contents of communications) relating to wire and electronic communications sent or received by the Account listed in Attachment A, including:

1.     Records of user activity for each connection made to or from the Account, including log files; text messaging logs; the date, time, length, and method of connections; data transfer volume; usernames; and source and destination Internet Protocol addresses (IPV6 data records);

2.     Information about each communication sent or received by the Account, including the date and time of the communication, the method of communication, and the source and destination of the communication (such as the source and destination telephone numbers, email addresses, and IP addresses); and

3.     All data regarding the cell tower and antenna face (also known as "sectors") through which the communications were sent and received;

4.     All historical GPS or other precision location information associated with the Account listed in Attachment A, including Per Call Measurement Data (PCMD), Range to Tower/Real-Time Tool (RTT) data, NELOS records, and Timing Advance Data (TrueCall).

## II.     Information to be Seized by the Government

All information described above in Section I that constitutes evidence of the violation of federal law, including, Title 21 U.S.C. § 841(a)(1) (distribute a controlled substances), Title 18 U.S.C. § 844(h) (use of fire in furtherance of a federal felony) and Title 18 U.S.C. § 844(n) (conspiracy to use fire in furtherance of a federal felony).

41